# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00024-CR

---

**Carter Cole Bomer, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-806, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Carter Cole Bomer was convicted by a jury of first-degree murder and sentenced by the trial court to fifty years' confinement. *See* Tex. Penal Code. § 19.02(c).

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has certified to this Court that he sent copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and provided a motion to assist appellant in obtaining the record. *See*

*Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.  Appellant filed a pro se response on December 21, 2022.

We have conducted an independent review of the record—including the record of the trial and sentencing proceedings below, appellate counsel's brief, and appellant's pro se response—and find no reversible error.  *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).  We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeal is frivolous.

Counsel's motion to withdraw is granted.[1]  The trial court's judgment of conviction is affirmed.

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Kelly, and Theofanis

Affirmed

Filed:  February 8, 2023

Do Not Publish

---

[1] In addition, all other pending motions are dismissed as moot.